[Conway v. Clark.]

# Conway *v.* Clark.

*Assumpsit.*

(Decided April 5, 1911. 55 South. 117.)

*Appeal and Error; Record; Scope; Judgment.*—The recitals of the judgment in the bill of exceptions cannot be considered on appeal, and where there is no judgment shown in the record proper, there is nothing that will support an appeal.

APPEAL from Clay County Court.

Heard before Hon. E. J. GARRISON.

Action by Mrs. W. F. Conway as guardian, against T. E. Clark and another upon certain promissory notes. Judgment for defendant and plaintiff appeals. Appeal dismissed.

RIDDLE, ELLIS, RIDDLE & PRUETT, for appellant. Counsel discuss certain assignments of errors with citation of authority, but in view of what is said in the opinion, it is not deemed necessary to set them out.

R. G. ROWLAND, for appellee. Counsel also discuss assignments of errors, with citation of authority, but in view of the opinion, it is not deemed necessary to here set them out.

SIMPSON, J.—In this case no judgment appears in the record proper, and according to repeated decisions of this court the recital of the judgment in the bill of exceptions cannot be considered.—*Sivoly v. Scott et al.,* 56 Ala. 555, 557; *Wright v. State,* 136 Ala. 139, 145, 34 South. 233; *Street et al. v. Frank,* 136 Ala. 616, 33 South. 879; *Thayer v. State,* 138 Ala. 39, 48, 35 South. 406.

The appeal is dismissed.

MCCLELLAN, MAYFIELD, and SAYRE, JJ., concur.